STATE OF LOUISIANA      *      NO. 2019-KA-0144

VERSUS      *      COURT OF APPEAL

ALFRED RAVY      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

**BARTHOLOMEW-WOODS, J., CONCURS IN THE RESULT.**